IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

JEROME ROSS and )
ERNESTINE ROSS, )
            )
    Plaintiffs, )
            )
v.          ) Civil Action Number: CV-07-900056
            )
TONY LESTER d/b/a LESTER )
LOGGING and PROGRESSIVE )
SPECIALTY INSURANCE )
COMPANY, et al., )
            )
    Defendants. )

*(Stamp: RECEIVED 2007 SEP -4 A 9: 15 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA)*

*(Handwritten: 2:07cv792-MHT)*

## NOTICE OF REMOVAL

COMES NOW the defendant, Progressive Specialty Insurance Company, and hereby notifies the parties in the above-styled action and the Clerk of the Circuit Court of Pike County, Alabama, in accordance with the provisions of 28 U.S.C. §1446, of the filing of the Notice of Removal in the United States District Court of the Middle District of Alabama, Northern Division, of the civil action styled as <u>Jerome Ross and Ernestine Ross v. Tony Lester d/b/a Lester</u>, Civil Action Number CV-07-900056. A copy of the Notice of Removal is attached and hereby filed with the Clerk of the Circuit Court of Pike County, Alabama.

This the _28_ day of August, 2007.

*(Signature)*

R. Larry Bradford, Attorney for Defendant,
Progressive Specialty Insurance Company
Attorney Bar Code: asb-8038-f64r

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___28___ day of August, 2007 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

John M. Folmar, Esq.
Law Office of Jon M. Folmar
P.O. Box 642
Luverne, AL 36049

Eric Michael Wade, Esq.
Carr Allison, P.C.
256 Honeysuckle Road, Suite 6
Dothan, AL 36301

_____
OF COUNSEL