**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 5, 2007

# NOTICE OF REASSIGNMENT

Re:   Jerome Ross, et al. v. Tony Lester, et al.
      Civil Action No. #2:07-cv-00792-MHT

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:07-cv-00792-WKW.  This new case number should be used on all future correspondence and pleadings in this action.