IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS and <br> ERNESTINE ROSS, <br>     Plaintiffs, <br> v. <br> PROGRESSIVE SPECIALTY <br> INSURANCE COMPANY, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action Number: 2:07-cv-792-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

COMES NOW Evan P. Baggett of Bradford & Sears, P.C., and respectfully requests this honorable court to enter his name as additional counsel for the defendant, Progressive Specialty Insurance Company, in the above-referenced case.

    /s/ Evan P. Baggett
Evan P. Baggett, Attorney for Defendant,
Progressive Specialty Insurance Company
Attorney Bar Code: BAG014

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
205-871-7733
ebaggett@bradfordsears.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this the  18th  day of September, 2007 served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Jon M. Folmar, Esq.
Law Office of Jon M. Folmar
P.O. Box 642
Luverne, AL 36049

                                                  /s/ Evan P. Baggett
                                                OF COUNSEL