IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS and ERNESTINE ROSS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action Number: 2:07-cv-792-WKW ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

**REPORT OF PARTIES PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f), a planning meeting was held on September 17, 2007 was attended by:

Jon M. Folmar for the plaintiffs; and,

Evan Baggett for the defendant, Progressive Specialty Insurance Company;

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange by October 1, 2007 the information required by local Rule 26.1(a)(1).

3. <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

a. Discovery will be needed on the automobile accident made the basis of this lawsuit and the damages claimed by the plaintiffs.

b. Discovery shall be commenced in time to be completed by May 23, 2008.

  c. Maximum of 25 interrogatories including sub-parts by each party to any other party. Responses due 30 days after service.

  d. Maximum of 25 requests for production including sub-parts by each party to any other party. Responses due 30 days after service.

  e. Maximum of 15 requests for admission by each party to any other party. Responses due 30 days after service.

  f. Maximum of 8 depositions by plaintiffs and 8 depositions by defendant.

  g. Each deposition, other than those of retained experts, is limited to a maximum of three hours unless extended by agreement of the parties.

  h. Reports from retained experts under Rule 26(a)(2) are due from:

    Plaintiffs by March 24, 2008.

    Defendant by April 24, 2008.

  i. Supplementations under Rule 26(e) due 30 days before trial.

 IV. <u>Other Items</u>.

  a. The parties do not request a conference with the court before entry of the scheduling order.

  b. The parties request a pretrial conference in June 2008.

  c. Plaintiffs shall be allowed until December 17, 2007 to join additional parties and amend the pleadings.

  d. Defendants shall be allowed until January 17, 2008 to join additional parties and amend the pleadings.

  e. All potentially dispositive motions shall be filed by May 30, 2008.

  f. Settlement may be enhanced by mediation.

  g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due by all parties at least 45 days before trial.

  h. The parties shall have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  i. The case should be ready for trial by August 2008. The trial is expected to take three days.

        /s/ Jon M. Folmar
        Jon M. Folmar, Attorney for Plaintiffs,
        Jerome and Ernestine Ross

OF COUNSEL:

Law Office of Jon M. Folmar
P.O. Box 642
Laverne, AL 36049
334-335-4809
folmar@troycable.net

        /s/ Evan P. Baggett
        Evan P. Baggett, Attorney for Defendant,
        Progressive Specialty Insurance Company
        Attorney Bar Code: BAG014

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
205-871-7733
ebaggett@bradfordsears.com