IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Jerome Ross and Earnestine Ross,            )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )  CASE NO. 2:07-CV-00792-WKW-WC
                                            )
Progressive Insurance et al.,               )
                                            )
        Defendants,                         )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Earnestine Ross , a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

12/19/2007
Date

/s/ JON M. FOLMAR
(Signature)

Jon M. Folmar
(Counsel's Name)

Jerome Ross and Earnestine Ross
Counsel for (print names of all parties)

P.O. Box 642
Luverne, Alabama 36049
Address, City, State Zip Code

(334) 335-4809
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jon M. Folmar_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 19_____day of December_____ 20 07, to:

R. Larry Bradford

Bradford & Sears, PC

2020 Canyon Road

Suite 100

Birmingham, Alabama 35216

12/19/2007                                           /s/ Jon M. Folmar
    Date                                                 Signature