**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 19, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Ross et al v. Lester et al**

**Case Number:   2:07-cv-00792-WKW**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF documents previously attached.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to document # 10 and # 11   filed on   December 19, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Jerome Ross and Earnestine Ross,

    Plaintiff,

v.    CASE NO. 2:07-CV-00792-WKW-WC

Progressive Insurance et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jerome Ross, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/19/2007
Date

/s/ JON M. FOLMAR
(Signature)

Jon M. Folmar
(Counsel's Name)

Jerome Ross and Earnestine Ross
Counsel for (print names of all parties)

P.O. Box 642
Luverne, Alabama 36049
Address, City, State Zip Code

(334) 335-4809
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, Jon M. Folmar, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 19 day of December 20 07, to:

R. Larry Bradford

Bradford & Sears, PC

2020 Canyon Road

Suite 100

Birmingham, Alabama 35216


12/19/2007
Date

/s/ Jon M. Folmar
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Jerome Ross and Earnestine Ross,

Plaintiff,

v.   CASE NO. 2:07-CV-00792-WKW-WC

Progressive Insurance et al.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Earnestine Ross, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

12/19/2007                            /s/ JON M. FOLMAR
Date                                  (Signature)

                                      Jon M. Folmar
                                      (Counsel's Name)

                                      Jerome Ross and Earnestine Ross
                                      Counsel for (print names of all parties)
                                      P.O. Box 642
                                      Luverne, Alabama 36049
                                      Address, City, State Zip Code
                                      (334) 335-4809
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, Jon M. Folmar, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 19 day of December 20 07, to:

R. Larry Bradford

Bradford & Sears, PC

2020 Canyon Road

Suite 100

Birmingham, Alabama 35216


12/19/2007
Date

/s/ Jon M. Folmar
Signature