**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JEROME ROSS,** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | CASE NO. <u>**2:07-CV-00792-WKW**</u> |
| **TONY LESTER d/b/a LESTER LOGGING, et al.,** | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, Jerome Ross, in the above styled case and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]     This party is an individual.

Done this 8th day of January, 2008.

/s/ JON M. FOLMAR
**Jon M. Folmar (FOL007)**
Attorney for the Plaintiff

**OF COUNSEL:**
The Law Office of Jon M. Folmar
Post Office Box 642
Luverne, Alabama 36049
Tel. (334) 335-4809
Fax (334) 335-5170
Email: folmarlaw@troycable.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on all known parties to this matter via AlaFile Electronic Filing system or by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 8th day of January, 2008.

Mr. Eric M. Wade, Esq.
Carr Allison, P.C.
256 Honeysuckle Road
Brightleaf Court, Suite 6
Dothan, Alabama 36305

/s/ JON M. FOLMAR
Of Counsel