IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO. **2:07-CV-00792-WKW** |
| | ( |
| TONY LESTER d/b/a LESTER | ) |
| LOGGING, et al., | ( |
| | ) |
| Defendants. | ( |

## NOTICE OF WITHDRAWAL

COMES NOW, Jon M. Folmar, Attorney at Law, and gives Notice of Withdrawal on behalf of the Plaintiff, Jerome Ross in the above styled cause.

Respectfully Submitted this *13th day of March, 2008.*

Jon M. Folmar (FOL007)

**OF COUNSEL:**
The Law Office of Jon M. Folmar
Post Office Box 642
Luverne, Alabama 36049
Tel. (334) 335-4809
Fax (334) 335-5170
Email: folmarlaw@troycable.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy on the opposing counsel in this matter by placing a copy of the same in the U.S. Mail, on this *13th day of March, 2008*, to the following:

Evan P. Baggett, Esq.
Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, Alabama 35216

Jerome Ross
12777 Hwy. 231 South
Troy, Alabama 36081

_____
OF COUNSEL

*Law Office of Jon M. Folmar*
Post Office Box 642
Luverne, Alabama 36049

MONTGOMERY AL 361
15 MAR 2008 PM 3 T

"LET US DARE TO ...
THINK, SPEAK ...
John Adams, 1765

41 USA

Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
One Church Street
Montgomery, Alabama 36104

36104+4018