IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-792-WKW |
| ) | |
| PROGRESSIVE SPECIALITY INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

This case is before the court on a Notice of Withdrawal (Doc. # 14) filed by attorney Jon M. Folmar to withdraw as counsel to plaintiff Jerome Ross. The court construes this notice as a motion to withdraw. The court DENIES the motion at this time with leave to refile.

If another motion to withdraw is filed, the motion should include: (1) the grounds on which counsel seeks to withdraw from the representation, (2) whether the plaintiff or plaintiffs object to his withdrawal, (3) an address for the plaintiff or plaintiffs, and (4) a certification that counsel has sent a copy of the motion to the plaintiff or plaintiffs. Additionally, counsel shall submit a copy of the signed certified mail receipt with the court when he receives it, showing that the plaintiffs did in fact receive a copy of his motion. Counsel represents both Jerome Ross and Ernestine Ross but he only sought to withdraw from representing Jerome Ross. In the style of the motion, Jerome Ross is referred to as the only plaintiff in the case.

Counsel should clarify whether he seeks to withdraw from representing Jerome Rose only or from representing both plaintiffs.

DONE this 19th day of March, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE