IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEROME ROSS and EARNESTINE ROSS, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV-00792-WKW-WC
)
PROGRESSIVE INSURANCE, ET AL. )
)
Defendants, )

## MOTION TO EXTEND DEADLINES

COMES NOW Jerome Ross, a Plaintiff in the above-captioned matter, and moves this Court to extend the discovery and trial deadlines set in this matter including the deadline to name expert witnesses. In support for the same the Plaintiff would show that his attorney has withdrawn from representing him due to a personal conflict. The Plaintiff would be harmed should such deadlines not be extended so that he may have an opportunity to hire another lawyer.

Jerome Ross, Plaintiff
12777 US Highway 231
Troy, Alabama 36081

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Jerome Ross, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail on this 17th day of March, 2008, to:

Evan P. Baggett, Attorney for Defendant,
Progressive Specialty Insurance Company
Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
205-871-7733

Jerome Ross



*Law Office of Jon M. Folmar*
Post Office Box 642
Luverne, Alabama 36049



Debra Hackett, Clerk of Court
U.S. District Court
One Church Street
Montgomery, Alabama 36104