IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME ROSS, | ) | |
| | ( | |
| **Plaintiff,** | ) | |
| | ( | |
| vs. | ) | CASE NO. **2:07-CV-00792-WKW** |
| | ( | |
| TONY LESTER d/b/a LESTER | ) | |
| LOGGING, et al., | ( | |
| | ) | |
| **Defendants.** | ( | |

---

## MOTION TO WITHDRAWAL

---

COMES NOW, Jon M. Folmar, Attorney at Law, Moves to  Withdrawal on behalf of the Plaintiff, Jerome and Earnestine Ross in the above styled cause.  In support for said Motion the attorney for the Plaintiff would show as follows:

1.  The attorney for the Plaintiff is the second law firm that the Plaintiff hired to assist them in this matter.  The Plaintiff became dissatisfied with the first firm and hired the current attorney.

2.  The Plaintiff has been uncooperative, has been disrespectful to the attorney's employees, and has not followed the attorney's direction or advice.

3.  The Plaintiff has indicated that he no longer wishes to be represented by said attorney and  desires to hire another attorney and has received a copy of his case file.

Respectfully Submitted this *19th day of March, 2008.*

/s/ Jon M. Folmar
Jon M. Folmar (FOL007)

**OF COUNSEL:**
The Law Office of Jon M. Folmar
Post Office Box 642
Luverne, Alabama 36049
Tel. (334) 335-4809
Fax (334) 335-5170
Email: folmarlaw@troycable.net

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy on the opposing counsel in this matter by

placing a copy of the same in the U.S. Mail, on this *19th day of March, 2008*, to the following:

Evan P. Baggett, Esq.
Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, Alabama 35216

Jerome Ross
12777 Hwy. 231 South
Troy, Alabama 36081

/s/ Jon M. Folmar
OF COUNSEL