IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS and ERNESTINE ROSS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action Number: 2:07-cv-792-WKW ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Comes now the defendant, Progressive Specialty Insurance Company, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves the court to enter a summary judgment in its favor on the plaintiffs' claims for bad faith, fraud, negligence, wantonness, and outrage on the ground that there is no genuine issue as to any material fact and that it is entitled to a judgment as a matter of law.

This motion is based upon the pleadings and the affidavit of Larry Lackey. Progressive is submitting a memorandum brief in support of this motion.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant, Progressive Specialty Insurance Company
Attorney Bar Code: ASB-8038-F64R

        /s/ Shane T. Sears
Shane T. Sears, Attorney for Defendant,
Progressive Specialty Insurance Company
Attorney Bar Code: ASB-5531-R68S

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733
lbradford@bradfordsears.com
ssears@bradfordsears.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the  25th  day of March, 2008 filed a copy of the foregoing to all attorneys of record by filing same electronically and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Jon M. Folmar, Esq.
Law Office of Jon M. Folmar
P.O. Box 642
Laverne, AL 36049

        /s/ Shane T. Sears
        OF COUNSEL