IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*,         ) | |
| )                              | |
| Plaintiffs,                 ) | |
| )                              | |
| v.                             ) | CASE NO. 2:07-CV-792-WKW |
| )                              | |
| PROGRESSIVE SPECIALITY INSURANCE ) | |
| COMPANY,                       ) | |
| )                              | |
| Defendant.                  ) | |

## ORDER

This case has the following motions pending: plaintiffs counsel's second Motion to Withdrawal [sic] (Doc. # 17); a Motion to Extend Deadlines (Doc. # 16) filed by one of the plaintiffs *pro se*; a Motion for Summary Judgment (Doc. # 18) filed by the defendant; and plaintiffs counsel's Renewed Motion to Withdraw and Motion to Extend Deadlines and Continue the Case (Doc. # 20).

In the motion to withdraw (Doc. # 17), attorney Jon M. Folmar explains that he seeks to withdraw from representing the plaintiffs because the plaintiff[1] has been uncooperative and disrespectful. The court finds that the motion is due to be granted. Because the plaintiffs are not currently represented by counsel, the court finds that it is appropriate for this case to be referred to the Magistrate Judge.

Accordingly, it is ORDERED that:

---

[1] Throughout the motion, the attorney refers to "the Plaintiff" although he clearly states that he seeks to withdraw from representing both plaintiffs. In the Renewed Motion to Withdraw (Doc. # 20), attorney Folmar clarifies that his claims apply to both plaintiffs.

1. The Motion to Withdrawal [sic] (Doc. # 17) is GRANTED;

2. The Renewed Motion to Withdraw and Motion to Extend Deadlines and Continue the Case (Doc. # 20) is DENIED in part as moot and the court RESERVES ruling in part. The motion is DENIED as moot to the extent that attorney Folmar seeks to withdraw from the case. The court reserves ruling to the extent the plaintiff seeks to extend deadlines and continue the case.

3. The Uniform Scheduling Order (Doc. # 7) is amended as follows. The trial is CONTINUED from July 28, 2008 to the **October 20, 2008** trial term. The pre-trial conference is CONTINUED from June 23, 2008 to **September 15, 2008**. The deadlines contained in Sections 9, 10, and 11 are CONTINUED from June 19, 2008 to **September 11, 2008**.

3. This case is REFERRED to Magistrate Judge Wallace Capel, Jr. pursuant to 28 U.S.C. § 636(b)(1) for all pretrial proceedings and entry of any orders or recommendations as may be appropriate. The following motions are REFERRED to Magistrate Judge Wallace Capel, Jr.: Motion to Extend Deadlines (Doc. # 16), Motion for Summary Judgment (Doc. # 18), and Renewed Motion to Withdraw and Motion to Extend Deadlines and Continue the Case (Doc. # 20).

4. The Clerk is DIRECTED to send a copy of this order to the plaintiffs at 12777 US Highway 231, Troy, Alabama, 36081.

DONE this 3rd day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE