IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME ROSS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cv792-WKW |
| | ) | |
| PROGRESSIVE SPECIALITY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On March 19, 2008, Plaintiff Jerome Ross moved the Court to Extend Deadlines (Doc. #16). A second motion (Doc. #20) was filed by Ross's former counsel on March 27, 2008. Collectively, these motions request an extension of the trial date, the discovery deadline, and the deadline for Ross's response to Defendant's Motion for Summary Judgment (Doc. #18). Upon consideration of the motions, it is

ORDERED that **BOTH** Plaintiffs as well as opposing counsel shall appear for a hearing on the motions for extension of time (Doc. #16, #20) on April 15, 2008, at 10:00 a.m. **in Courtroom 5A**, before **United States Magistrate Judge Wallace Capel, Jr.**, Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 9th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE