## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

| | |
|---|---|
| HON. WALLACE CAPEL, JR. | Montgomery, Alabama |
| DATE COMMENCED: 4/15/08 | DIGITAL RECORDING: |
| DATE COMPLETED: 4/15/08 | |

JEROME POSS
ERNESTINE ROSS
vs
PROGRESSIVE SPECIALTY INSURANCE CO.

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| NOT PRESENT | | NOT PRESENT |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

### PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS: Motion to Extend Deadlines and Motion to Continue the Case

HEARING NOT HELD; COURT WILL RULE ON THE MOTION