IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:07cv792-WKW |
| | ) |
| PROGRESSIVE SPECIALITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER ON MOTIONS**

On March 19, 2008, Plaintiff Jerome Ross moved the Court to Extend Deadlines (Doc. #16). A second motion (Doc. #20) was filed by Ross's former counsel on March 27, 2008. Collectively, these motions request an extension of the trial date, the discovery deadline, and the deadline for Ross's response to Defendant's Motion for Summary Judgment (Doc. #18). The Court ordered **BOTH** Plaintiffs as well as opposing counsel to appear for a hearing on the motions for extension of time (Doc. #16, #20) on April 15, 2008, at 10:00 a.m. **in Courtroom 5A**, before **United States Magistrate Judge Wallace Capel, Jr.**, Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama. Order of April 9, 2008 (Doc. #22). None of the parties appeared for this hearing. Accordingly, it is

ORDERED as follows:

1.    Plaintiffs' motion (Doc. #16) requesting an extension of time on the trial

        date is DENIED as MOOT, as the District Judge already continued the trial date in this matter. Order of April 3, 2008 (Doc. #21).

2. Plaintiffs motion (Doc. #16) generally requesting an extension of time for discovery deadlines is DENIED.

3. Plaintiffs' motion (Doc. #20) generally requesting an extension of time to respond to the Motion for Summary Judgment and all other deadlines are DENIED. It is further

ORDERED that the Uniform Scheduling Order (Doc. #7) and Briefing Order (Doc. #8), as amended by Order of April 3, 2008 (Doc. #21), shall govern all deadlines in this matter.

DONE this 15th day of April, 2008.

                              /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE