IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS and ERNESTINE ROSS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action Number: 2:07-cv-792-WKW ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

## STATEMENT CONCERNING SETTLEMENT

COMES NOW the defendant, Progressive Specialty Insurance Company ("Progressive"), pursuant to the scheduling order entered by the court on September 24, 2007, and states as follows:

1. The attorney for Progressive contacted the pro se plaintiff concerning the settlement conference required by the court's scheduling order. The pro se plaintiff advised Progressive's attorney that he had retained an attorney in Montgomery to represent him in this case.

2. The attorney for Progressive contacted the Montgomery attorney's office. The Montgomery attorney's office advised that the attorney had not yet decided whether to file a notice of appearance on behalf of the plaintiff in this case.

3. Progressive will conduct the settlement conference after the plaintiff retains substitute counsel or indicates his intention to proceed pro se.

_____
R. Larry Bradford, Attorney for Defendant, Progressive Specialty Insurance Company
Attorney Bar Code: ASB-8038-F64R

_____
Shane H. Sears, Attorney for Defendant, Progressive Specialty Insurance Company
Attorney Bar Code: ASB-5531-R68S

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733
lbradford@bradfordsears.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___21___ day of April, 2008, served a copy of the foregoing to all attorneys of record by filing same electronically and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Mr. Jerome Ross
Mrs. Ernestine Ross
12777 U.S. Highway 231
Troy, AL 36081

_____
OF COUNSEL