IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEROME ROSS and                      2008 APR 29  A  9: 37
ERNESTINE ROSS,                               *
                                              *
     Plaintiffs,                              *
v.                                            *          CIVIL ACTION NO.: 2:07-cv-792-WKW
                                              *
PROGRESSIVE SPECIALTY                         *
INSURANCE COMPANY,                            *
                                              *
     Defendant.                               *

## NOTICE OF SPECIAL APPEARANCE OF COUNSEL

COMES NOW, William K. Abell, and files this his notice of special and specific

appearance for purposes of filing a Motion to Extend Time to Respond to the Defendant's

Motion for Summary Judgement and a Motion to Amend Complaint as counsel of record for the

Plaintiffs, Jerome Ross in the above case.

William K. Abell does not at this time represent the Plaintiff for any scope broader than

that is aforementioned in paragraph one of this pleading.

Respectfully done this 28TH day of April, 2008.



WILLIAM K. ABELL
Attorney for Plaintiff


OF COUNSEL:
**Abell & Associates**
4171 Lomac Street, Suite D
Montgomery, AL 36106
(334) 271-8008

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document to all counsel of record, as listed below, by electronically filing, on this the 28th day of April, 2008.

_____
OF COUNSEL

Larry Bradford, Esq.
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216