IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:07cv792-WKW |
| | ) |
| PROGRESSIVE SPECIALITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER ON MOTION**

On April 29, 2008, Plaintiffs moved the Court for an Extension of Time to Respond to Defendant's Motion for Summary Judgment (Doc. #27), arguing the response is due April 30, 2008. The Court notes Plaintiffs' response to the motion was due on April 15, 2008. Order of September 24, 2007 (Doc. #8) (requiring that responses to dispositive motions are due 21 days after the date the motion is filed). No extensions of that deadline have been granted, nor does Plaintiffs' current motion, which is untimely, provide the Court with good cause for an extension.[1] Accordingly, it is

    ORDERED that the motion (Doc. #27) is DENIED.

---

[1] The Court notes Plaintiffs previously moved the Court for an extension of this deadline. See Doc. #16, #20. This Court ordered Plaintiffs to appear at a hearing set for April 15, 2008, to discuss the requests. Order of April 9, 2008 (Doc. #22). Plaintiffs failed to appear, and the Court then denied Plaintiffs' requests. Doc. #23.

DONE this 29th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE