IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS and <br> ERNESTINE ROSS, <br> <br> Plaintiffs, <br> v. <br> <br> PROGRESSIVE SPECIALTY <br> INSURANCE COMPANY, <br> <br> Defendant. | CIVIL ACTION NO.: 2:07-ev-792-WKW |

### NOTICE OF SPECIAL APPEARANCE OF COUNSEL

COMES NOW, William K. Abell, and files this his notice of special and specific appearance for purposes of filing a Motion to Extend Time to Respond to the Defendant's Motion for Summary Judgement and a Motion to Amend Complaint as counsel of record for the Plaintiff, Ernestine Ross in the above case.

William K. Abell does not at this time represent the Plaintiff for any scope broader than that is aforementioned in         one of this pleading.

Respectfully done this 28™ day of April. 2008.

[Signature]
LLIAM l

OF COUNSEL:
AbeD & Associates
4171 Lomac Street, Suite D
Montgomery, AL 36106
(334) 271-8008

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the foregoing document to all counsel of record, as listed below, by electronically filing, on this the 28th day of April, 2008.

_____
OF COUNSEL

Larry Bradford, Esq.
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216