IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:07cv792-WKW |
| | ) |
| PROGRESSIVE SPECIALITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

On May 1, 2008, Plaintiffs filed an Amended Complaint. Because the Complaint was filed without conforming to Rule 15(a) of the Federal Rules of Civil Procedure, it is

ORDERED that the Amended Complaint (Doc. #30) is STRICKEN from the record.

DONE this 1st day of May, 2008.

                                          /s/ Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE