IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-792-WKW |
| ) | |
| PROGRESSIVE SPECIALITY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This case is before the court on Plaintiffs' Motion to Amend Complaint (Doc. # 32), which the court construes as a motion for leave to file an amended complaint. Despite the deadline to amend pleadings having passed almost six months ago (*See* Doc. # 7), the plaintiffs seek to amend their complaint. In their motion, the plaintiffs claim they are adding a claim for breach of contract to pay uninsured motorists claims and dismissing all counts related to bad faith. Quite puzzlingly, the amended complaint includes a bad faith claim but not a breach of contract one. Additionally, the amended complaint purports to include Ernestine Ross as a plaintiff but includes no claims for her.

It is ORDERED that **on or before May 19, 2008**, the Plaintiffs show cause why their motion should not be denied given that the amended complaint includes claims that the Plaintiffs state they are dismissing. Additionally, the Plaintiffs are ORDERED to show cause why they should be granted leave to amend their complaint after the deadline set in the Scheduling Order has passed.

DONE this 5th day of May, 2008.

                                              /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE