IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07cv792-WKW |
| ) | |
| PROGRESSIVE SPECIALITY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 16, 2008, Defendant Progressive Speciality Insurance Company moved the Court to compel (Doc. #36) Plaintiffs to comply with discovery and to make their initial disclosures. Upon consideration of the Motion, it is

ORDERED that Plaintiffs shall show cause in writing **on or before June 23, 2008,** why this Court should not grant the Motion (Doc #36).

DONE this 16th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE