IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CASE NO. 2:07cv792-WKW |
| | ) |
| PROGRESSIVE SPECIALITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On June 16, 2008, Defendant Progressive Speciality Insurance Company moved the Court to compel (Doc. #36) Plaintiffs to comply with discovery and to make their initial disclosures. In accordance with the undersigned's Order to Show Cause, Plaintiffs filed a response, certifying they have complied with Defendant's discovery requests. Upon consideration of the Motion and Plaintiff's response, it is

ORDERED that the Motion (Doc #36) is DENIED without prejudice.

DONE this 19th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE