IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-792-WKW |
| ) | |
| PROGRESSIVE SPECIALTY INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that references to Tony Lester or Lester Logging as a **defendant** in paragraphs 3 and 9 in the Amended Complaint (Doc. # 38) are stricken. Plaintiff's counsel has previously explained that there is only one defendant in this case: Progressive Specialty Insurance Company.

DONE this 20th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE