IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS and<br>ERNESTINE ROSS,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action Number: 2:07-cv-792-WKW<br>)<br>)<br>)<br>)<br>) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE

COMES NOW the defendant, Progressive Specialty Insurance Company ("Progressive"), pursuant to paragraph four of the court's June 12, 2008 order, and files the following response:

1. The parties engaged in a face-to-face settlement conference in Montgomery on June 17, 2008.

2. Progressive has been unable to evaluate this UIM claim because it had not received the plaintiffs' discovery responses or initial disclosures; however, it received most of the requested discovery at that conference.

3. Progressive is evaluating this case for settlement. The parties will be able to determine whether they can settle the case by July 2, 2008.

4. If the parties are unable to reach a settlement, then they have agreed that they will participate in mediation before a magistrate judge.

                                       */s/ Larry Bradford*
                           R. Larry Bradford, Attorney for Defendant, Progressive Specialty Insurance Company
                           Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733
lbradford@bradfordsears.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this the **20** day of June, 2008, served a copy of the foregoing to all attorneys of record by filing same electronically and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

William K. Abell, Esq.
Abell & Associates
4171 Lomac Street, Suite D
Montgomery, AL 36106

                                       */s/ Larry Bradford*
                                       OF COUNSEL