IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-792-WKW |
| ) | |
| PROGRESSIVE SPECIALITY INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Defendant filed a Notice Concerning Settlement Conference (Doc. # 43), which states that the parties will determine whether they can settle the case before July 2, 2008, and if they cannot settle the case they agree to participate in mediation before a Magistrate Judge. It is ORDERED that the parties are to inform the court on whether they have settled this case **on or before July 9, 2008**. If the parties have not settled the case by that date, they are DIRECTED to contact the chambers of Magistrate Judge Wallace Capel, Jr., regarding mediation.

DONE this 24th day of June, 2008.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE