IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS and<br>ERNESTINE ROSS,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action Number: 2:07-cv-792-WKW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

COMES NOW the defendant, Progressive Specialty Insurance Company, and notifies the court that this case has now been settled. Thus, the mediation scheduled for August 14, 2008 will not be necessary. The parties will submit a stipulation of dismissal to the court within the next 10 days.

                                                      */s/ Larry Bradford*
                                                R. Larry Bradford, Attorney for Defendant, Progressive Specialty Insurance Company
                                                Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733
lbradford@bradfordsears.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___17___ day of July, 2008, served a copy of the foregoing to all attorneys of record by filing same electronically and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

William K. Abell, Esq.
Abell & Associates
4171 Lomac Street, Suite D
Montgomery, AL 36106

*/s/ Harris Beaufort*
OF COUNSEL