IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-792-WKW |
| ) | |
| PROGRESSIVE SPECIALITY INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The parties have notified the court this case has settled (Doc. # 51). The parties are ORDERED to file a joint stipulation of dismissal on or before **August 4, 2008.** It is further ORDERED that the mediation conference scheduled for August 14, 2008, before Magistrate Judge Wallace Capel, Jr., is CANCELLED.

DONE this 21st day of July, 2008.

    /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE