IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME ROSS and<br>ERNESTINE ROSS,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action Number: 2:07-cv-792-WKW<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Come now the plaintiffs, Jerome Ross and Ernestine Ross, and the defendant, Progressive Specialty Insurance Company, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and stipulate that this case is due to be dismissed with prejudice, with the parties to bear their own court costs.

Dated this the 31st day of July, 2008.

_____
William K. Abell, Attorney for Plaintiffs,
Jerome Ross and Ernestine Ross

OF COUNSEL:

Abell & Associates
4171 Lomac Street, Suite D
Montgomery, AL 36106

R. Larry Bradford, Attorney for
Defendant, Progressive Specialty
Insurance Company
Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733
lbradford@bradfordsears.com